AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

---- OFFENSE CHARGED ----

8 U.S.C. §§ 1326(a) and (b) --
Illegal Reentry Following
Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:

20 years imprisonment, $250,000 fine; 3 years supervised release and $100 special assessment

E-filing

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)
IMMIGRATION AND CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person
Furnishing Information on
THIS FORM    **SCOTT N. SCHOOLS**
         ☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)  BRYAN R. WHITTAKER, SAUSA

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
OCT 25 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---- DEFENDANT - U.S. ----

▶ PORFIRIO HUMBERTO GONZALEZ

DISTRICT COURT NUMBER

**CR 07-0681  CW**

---- DEFENDANT ----

IS NOT IN CUSTODY
 1) ☐ Has not been arrested, pending outcome this proceeding.
      If not detained give date any prior summons was served on above charges ▶
 2) ☐ Is a Fugitive
 3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
 4) ☑ On this charge
 5) ☐ On another conviction
 6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State
      If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes  } If "Yes"
been filed?    ☐ No    give date filed

DATE OF     Month/Day/Year
ARREST ▶    10/23/2007

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶  Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
 ☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT    Bail Amount: NO BAIL

 If Summons, complete following:
  ☐ Arraignment  ☐ Initial Appearance
 Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

# United States District Court

FOR THE
### NORTHERN DISTRICT OF CALIFORNIA
### CRIMINAL DIVISION
VENUE: OAKLAND

**CR07-0681 CW**

UNITED STATES OF AMERICA,

V.

PORFIRIO HUMBERTO GONZALEZ,
(a/k/a Porfirio Humberto Orellana-Guerrero)

E-filing

**FILED**
OCT 2 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT.

## INDICTMENT

VIOLATION: 8 U.S.C. §§ 1326(a) and (b) -- Illegal Reentry Following Deportation

A true bill.

_____ Foreman

Filed in open court this 25th day of October 2007

_____ Clerk

Bail: $ No bail / arrest warrant.
Wayne D. Brazil    10-25-07

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

FILED

OCT 25 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PORFIRIO HUMBERTO GONZALEZ, ) <br> (a/k/a Porfirio Humberto Orellana- ) <br> Guerrero) ) <br> ) <br> Defendant. ) <br> _____ ) | Criminal No. CR07-0681 CW <br><br> VIOLATION: 8 U.S.C. §§ 1326(a) and (b) -- Illegal Reentry Following Deportation <br><br> OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

1.   Prior to October 1, 2003, defendant, PORFIRIO HUMBERTO GONZALEZ (a/k/a Porfirio Humberto Orellana-Guerrero), was convicted of at least one felony crime punishable by a term of imprisonment exceeding one year.

2.   On or about October 1, 2003, defendant, PORFIRIO HUMBERTO GONZALEZ (a/k/a Porfirio Humberto Orellana-Guerrero), was removed, excluded, and deported from the United States.

INDICTMENT

3. After October 1, 2003, defendant, PORFIRIO HUMBERTO GONZALEZ (a/k/a Porfirio Humberto Orellana-Guerrero), knowingly and voluntarily reentered and remained in the United States.

4. On or about July 11, 2007, in the Northern District of California, the defendant,

PORFIRIO HUMBERTO GONZALEZ
(a/k/a Porfirio Humberto Orellana-Guerrero),

an alien, was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

DATED: October 25, 2007        A TRUE BILL.

                               _____
                               FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____ )
                      SAUSA WHITTAKER

INDICTMENT                            2