| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 11 mins | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Frances Stone for Ivy Garcia | REPORTER/FTR<br>FTR 10/26/07 10:03:59-10:14:02 | |
| MAGISTRATE JUDGE<br>Hon. Wayne D. Brazil | DATE<br>10/26/07 | NEW CASE ☐ | CASE NUMBER<br>CR-07-00681-CW |

## APPEARANCES

| DEFENDANT<br>PORFIRIO HUMBERTO GONZALEZ | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>John Paul Reichmuth | PD. ☒ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Bryan Whittaker | INTERPRETER<br>Carole Glasser- Spanish | | ☐ FIN. AFFT<br>SUBMITTED | | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | | PARTIAL PAYMENT ☐<br>OF CJA FEES |

## PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR<br>Held- 3 min | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR<br>REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT<br>HEARING |

## INITIAL APPEARANCE

| ☒ ADVISED<br>OF RIGHTS<br>10/26/07 4min. | ☒ ADVISED<br>OF CHARGES<br>10/26/07 4min. | ☐ NAME AS CHARGED<br>IS TRUE NAME | ☐ TRUE NAME |
|---|---|---|---|

**FILED**
**OCT 26 2007**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## ARRAIGNMENT

| ☐ ARRAIGNED ON<br>INFORMATION | ☐ ARRAIGNED ON<br>INDICTMENT | ☐ READING WAIVED<br>SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

## RELEASE

| ☐ RELEASED<br>ON O/R | ☐ ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT<br>SURRENDERED<br>DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |

| ☒ MOTION<br>FOR<br>DETENTION | ☒ PRETRIAL CRIM<br>SERVICES HIST.<br>REPORT ONLY | ☒ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | ☒ REMANDED<br>TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

## PLEA

| ☐ CONSENT<br>ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT<br>FILED | OTHER: |

## CONTINUANCE

| TO:<br>10/31/07 | ☐ ATTY APPT<br>HEARING | ☐ BOND<br>HEARING | ☐ STATUS RE:<br>CONSENT | ☐ STATUS /<br>TRIAL SET |
|---|---|---|---|---|
| AT:<br>10:00AM | ☐ SUBMIT FINAN.<br>AFFIDAVIT | ☒ PRELIMINARY<br>HEARING OR<br>ARRAIGN-<br>MENT | ☐ CHANGE OF<br>PLEA | ☒ OTHER<br>to confirm stat counsel |
| BEFORE HON.<br>WAYNE D. BRAZIL | ☐ DETENTION<br>HEARING | | ☐ MOTIONS | ☐ JUDGMENT &<br>SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | ☐ IDENTITY /<br>REMOVAL<br>HEARING | ☐ PRETRIAL<br>CONFERENCE | ☐ PROB/SUP REV.<br>HEARING |

## ADDITIONAL PROCEEDINGS

AFPD Reichmuth appointed as counsel for deft. There is an I.C.E. hold on the Deft. Bail hearing is postponed and counsel agrees. A Criminal History Pretrial Report needs to be prepared by Pretrial Svcs.
CC: WDB Stats; IVY; Sheilah; Pretrial Svcs

**Department of Homeland Security**
Immigration and Customs Enforcement

# Immigration Detainer - Notice of Action

| File No. |
|---|
| A76 693 796 |
| Date: October 25, 2007 |

**To:** (Name and title of institution)
CUSTODIAN OF RECORDS, HOLDS/WARRANTS/DETAINERS
US MARSHAL SERVICE
Oakland, California
OR ANY OTHER SUBSEQUENT LAW ENFORCEMENT AGENCY

**From:** (INS office address)
U.S. Department of Homeland Security
Immigration and Customs Enforcement
630 Sansome Street, 5th Floor
San Francisco, CA 94111

Name of alien: **GONZLAEZ, Porfirio Humberto; AKA: ORELLANA-Guerrero, Porfirio Humberto**

Date of birth: 09/06/1972    Nationality: El Salvador    Sex: Male

**You are advised that the action noted below has been taken by the Immigration and Customs Enforcement concerning the above-named inmate of your institution:**

☒ Investigation has been initiated to determine whether this person is subject to removal from the United States.

☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on _____ (Date).

☐ A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____ (Date).

☐ Deportation or removal from the United States has been ordered.

**It is requested that you:**

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive.

☒ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for INS to assume custody of the alien. You may notify INS by calling __415__ __844-5512__ during business hours or __415__ __844-5549__ after hours in an emergency.

☒ Please complete and sign the bottom block of the duplicate of this form and return it to this office. ☒ A self-addressed stamped envelope is enclosed for your convenience. ☒ Please return a signed copy via facsimile to __415__ __844-5562__.
(Area code and facsimile number)

Return fax to the attention of __Polly Kaiser__ at __415__ __844-5536__.
(Name of INS officer handling case)    (Area code and phone number)

☒ Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.
☒ Notify this office in the event of the inmate's death or transfer to another institution.
☐ Please cancel the detainer previously placed by this Service on _____.

_Polly Kaiser #3149_
(Signature of INS official)

Deportation Officer
(Title of INS official)

**Receipt acknowledged:**

Date of latest conviction: _____    Latest conviction charge: _____
Estimated release date: _____

Signature and title of official: _____

Form I-247 (Rev. 4-1-97)N