UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Starr Wilson
**Date:** 11/28/07

**Plaintiff:**   United States

**v.**                                            **No.**   CR-07-00681 CW

**Defendant:**   Porfirio Humberto Gonzalez (present - in cutody
                                             interpreter used)

**Appearances for Plaintiff:**
Bryan Whittaker

**Appearances for Defendant:**
John Paul Reichmuth

**Interpreter:**
Carol Glasser (Spanish)

**Probation Officer:**


**Speedy Trial Date:**


**Hearing:   Trial Setting**

**Notes:**     This was the defendant's initial appearance before District Judge.  Defense seeking underlying criminal record and proceedings below.  **Case continued to 12/19/07 at 2:00 p.m. for motions setting or trial setting or disposition.**  If filing motions, counsel can stipulate to briefing schedule and hearing date.  Time excluded for effective preparation.

Copies to: Chambers