UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Diane Skillman**
**Date: 12/19/07**

**Plaintiff:** United States

**v.**                                    **No.** CR-07-00681 CW

**Defendant:** Porfirio Humberto Gonzalez (present - in custody
                                     interpreter used)

**Appearances for Plaintiff:**
James Mann for Bryan Whittaker

**Appearances for Defendant:**
John Paul Reichmuth

**Interpreter:**
Angela Zawadski (Spanish)

**Probation Officer:**


**Speedy Trial Date:**


Hearing:  Setting or Disposition

**Notes:**    Defense requests continuance to 1/16; defense does not
believe there will be any motions in this case. **Case continued to**
**1/16/08 at 2:00 p.m. for disposition or trial setting.** Government to
provide record of underlying immigration proceedings to defense. Time
excluded for effective preparation and continuity of counsel.

Copies to: Chambers