1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant GONNZALEZ
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )    No. CR-07-0681-CW
                                    )
12              Plaintiff,           )   **STIPULATION AND ORDER**
                                    )   **CONTINUING STATUS HEARING**
13 vs.                              )
                                    )   Hearing Date: January 16, 2008
14 PORFIRIO HUMBERTO GONZALEZ,      )   Requested Date: Janaury 30, 2008
                                    )
15              Defendant.           )
   _____)
16

17     IT IS HEREBY STIPULATED, by and between the parties to this action, that the

18 MOTIONS/SETTING date of January 16, 2008 presently scheduled at 2:00 p.m., before the

19 Honorable Claudia Wilken, be vacated and re-set for January 30, 2008 at 2:00 p.m. for

20 MOTIONS/SETTING.

21     The reason for this request is that additional time is needed for defense counsel to

22 develop and present mitigating evidence to the prosecution in an attempt to resolve the case.

23 The investigation has already progressed, and it is not anticipated that much more time will be

24 needed.

25     The parties agree and stipulate that the time until January 30 should be excluded, under 18

26 U.S.C. §3161(H)(8)(A) and (B) for continuity of counsel and because the ends of justice served

by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts.

| 1/15/08 | /s/ |
|---|---|
| Date | John Paul Reichmuth |
|  | Assistant Federal Public Defenders |
|  | Counsel for defendant Lopez-Padilla |

| 1/15/08 | /s/ |
|---|---|
| Date | Bryan Whittaker |
|  | Assistant United States Attorney |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.       /S/ John Paul Reichmuth
Counsel for Defendant Lopez-Padilla

Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to January 30, 2008 at 2:00 p.m., and that time is excluded from January 16, 2008 until January 30, 2008 pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

| 1/15/08 | *Claudia Wilken* |
|---|---|
| Date | Hon. Claudia Wilken |
|  | United States District Judge |