1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant GONZALEZ
6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )  No. CR-07-0681-CW
                                )
12           Plaintiff,          )  **STIPULATION AND [PROPOSED]**
                                )  **ORDER CONTINUING STATUS**
13 vs.                          )  **HEARING**
                                )
14 PORFIRIO HUMBERTO GONZALEZ,  )  Hearing Date: January 30, 2008
                                )  Requested Date: March 5, 2008
15           Defendant.          )
                                )
16

17       IT IS HEREBY STIPULATED, by and between the parties to this action, that the

18 MOTIONS/SETTING date of January 30, 2008 presently scheduled at 2:00 p.m., before the

19 Honorable Claudia Wilken, be vacated and re-set for March 5, 2008 at 2:00 p.m. for CHANGE

20 OF PLEA/SETTING.

21       The reason for this request is that additional time is needed for the government to

22 consider mitigating materials recently provided to them by the defense.

23       The parties agree and stipulate that the time until March 5 should be excluded, under 18

24 U.S.C. §3161(H)(8)(A) and (B) for continuity of counsel and because the ends of justice

25 served by the granting of the continuance outweigh the bests interests of the public and the

26 defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's

1

1  preparation efforts.

2  __1/29/08_____              _____/s/_____
   Date                              John Paul Reichmuth
3                                    Assistant Federal Public Defenders
                                     Counsel for defendant Lopez-Padilla

6  __1/29/08_____              _____/s/_____
   Date                              Bryan Whittaker
7                                    Assistant United States Attorney

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
9  within this efiled document.         /S/ John Paul Reichmuth
                                        Counsel for Defendant Lopez-Padilla

12       Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter

13 is continued to March 5, 2008 at 2:00 p.m., and that time is excluded from January 30, 2008 until

14 March 5, 2008 pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv).

15       IT IS SO ORDERED.

18 _____          _____
   Date                             Hon. Claudia Wilken
19                                  United States District Judge

2