| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | JOHN PAUL REICHMUTH |
| | Assistant Federal Public Defender |
| 3 | 555 - 12th Street |
| | Suite 650 |
| 4 | Oakland, CA 94607-3627 |
| | Telephone: (510) 637-3500 |
| 5 | |
| | Counsel for Defendant GONZALEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-0681-CW | |
| | ) | | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** | |
| | ) | **ORDER CONTINUING STATUS** | |
| vs. | ) | **HEARING** | |
| | ) | | |
| PORFIRIO HUMBERTO GONZALEZ, | ) | Hearing Date: January 30, 2008 | |
| | ) | Requested Date: March 5, 2008 | |
| Defendant. | ) | | |
| _____ | ) | | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the MOTIONS/SETTING date of January 30, 2008 presently scheduled at 2:00 p.m., before the Honorable Claudia Wilken, be vacated and re-set for March 5, 2008 at 2:00 p.m. for CHANGE OF PLEA/SETTING.

The reason for this request is that additional time is needed for the government to consider mitigating materials recently provided to them by the defense.

The parties agree and stipulate that the time until March 5 should be excluded, under 18 U.S.C. §3161(H)(8)(A) and (B) for continuity of counsel and because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's

1

preparation efforts.

| 1/29/08 | /s/ |
|---|---|
| Date | John Paul Reichmuth |
| | Assistant Federal Public Defenders |
| | Counsel for defendant Lopez-Padilla |

| 1/29/08 | /s/ |
|---|---|
| Date | Bryan Whittaker |
| | Assistant United States Attorney |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.        /S/ John Paul Reichmuth
                                                                         Counsel for Defendant Lopez-Padilla

Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to March 5, 2008 at 2:00 p.m., and that time is excluded from January 30, 2008 until March 5, 2008 pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

| 1/29/08 | [signature] |
|---|---|
| Date | Hon. Claudia Wilken |
| | United States District Judge |

2