JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

DANIEL KALEBA (CASBN 223789)
Assistant United States Attorney

   1301 Clay Street; Suite 340-S
Oakland, California 94612
Phone: 510/637-3680
Fax: 510/637-3724
E-mail: daniel,kaleba@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  07-600 CW |
|     Plaintiff, | ) | |
| v. | ) | NOTICE OF SUBSTITUTION OF ATTORNEY |
| PORFIRIO HUMBERTO GONZALEZ, | ) | |
|     Defendant. | ) | |

   Please take notice that as of February 15, 2008, the Assistant United States Attorney whose name, address, telephone number and e-mail address is listed below is assigned to be counsel for the government.

DANIEL KALEBA
Assistant United States Attorney
1301 Clay Street; Suite 340S
Oakland, California 94612
Phone: 510/637-3680
Fax: 510/637-3724
E-mail: daniel.kaleba@usdoj.gov

DATED:  February 15, 2008      Respectfully submitted,

                    JOSEPH P. RUSSONIELLO
                    United States Attorney

                          /s/
                    DANIEL KALEBA
                    Assistant United States Attorney