JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

DANIEL KALEBA (CASBN 223789)
Assistant United States Attorney

   1301 Clay Street; Suite 340-S
   Oakland, California 94612
   Phone: 510/637-3680
   Fax: 510/637-3724
   E-mail: daniel.kaleba@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 07-681 CW |
|     Plaintiff, ) | |
|     v. ) | NOTICE OF SUBSTITUTION OF ATTORNEY |
| PORFIRIO HUMBERTO GONZALEZ, ) | |
|     Defendant. ) | |

Please take notice that as of February 15, 2008, the Assistant United States Attorney whose name, address, telephone number and e-mail address is listed below is assigned to be counsel for the government.

DANIEL KALEBA
Assistant United States Attorney
1301 Clay Street; Suite 340S
Oakland, California 94612
Phone: 510/637-3680
Fax: 510/637-3724
E-mail: daniel.kaleba@usdoj.gov

DATED: February 19, 2008        Respectfully submitted,

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney

                                      /s/
                                      DANIEL KALEBA
                                      Assistant United States Attorney

SUBSTITUTION OF ATTORNEY