UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Starr Wilson, pro tem**
**Date: 3/5/08**

**Plaintiff:** United States

**v.**                                    **No.** CR-07-00681 CW

**Defendant:** Porfirio Humberto Gonzalez (present - in custody
                                            interpreter used)

**Appearances for Plaintiff:**
James Mann for Dan Keleba

**Appearances for Defendant:**
John Paul Reichmuth

**Interpreter:**
Angela Sawadski (Spanish)

**Probation Officer:**

**Speedy Trial Date:**

Hearing:  Trial Setting or Disposition

**Notes:** Parties trying to resolve case. New attorney has been substituted in for government; defense needs to provide government with more information to see if change of plea possible. **Case continued to 3/26/08 at 2:00 p.m. for disposition or trial setting.** Time excluded for effective preparation.

Copies to: Chambers