UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

FILED
MAR 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**The Honorable Claudia Wilken, Presiding**
Clerk: Sheilah Cahill
Court Reporter: Raynee Mercado
Date: 3/26/08

Plaintiff:  United States

v.                                    No.  CR-07-00681 CW

Defendant:  Porfirio Humberto Gonzalez (present - in custody
                                        interpreter used)

**Appearances for Plaintiff:**
Dan Kaleba

**Appearances for Defendant:**
John Paul Reichmuth

**Interpreter:**
Angela Zawadski (Spanish)

**Probation Officer:**


**Speedy Trial Date:**


Hearing:   Change of Plea

**Notes:**    Defendant enters under oath Rule 11(c)(1)(C) plea of guilty to the single count indictment charging illegal entry into the U.S. following deportation in violation of 8 USC 1326(a) and (b).  Plea Agreement filed.  Court finds factual basis for plea; Court accepts plea.  PSR requested; defense counsel requests criminal history report only.  **Judgment and sentencing set for 6/11/08 at 2:00 p.m.**, but can be advanced on calendar if probation can complete the PSR sooner based on criminal history only.

Copies to: Chambers; probation