**FILED**

MAR 26 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case Number _____CR-07-00681 CW_____

Defendant's Name _____Porfirio Humberto Gonzalez_____

Defense Counsel _____John Paul Reichmuth_____

Referral Date _____3/26/08_____

Sentencing Date _____6/11/08 @ 2:00pm_____

**NOTICE TO DEFENSE COUNSEL**

The Court has directed that a

- [X] Presentence Investigation
- [ ] Pre-Plea Report
- [ ] Bail Investigation
- [ ] Bail Supervision
- [ ] Postsentence Investigation
- [ ] 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the <u>Probation Office, Room 220S, **before leaving the Courthouse today**</u> to make the necessary arrangements.

RICHARD W. WIEKING
Clerk

by: _____SHEILAH CAHILL_____
Deputy Clerk

for use of Courtroom Deputies:

Is defendant in custody: _yes_

Is defendant English-speaking? _no_   Spanish

cc: U. S. Probation