1    BARRY J. PORTMAN
     Federal Public Defender
2    ANGELA HANSEN
     Assistant Federal Public Defender
3    555 - 12th Street, Suite 650
     Oakland, California 94607
4    Telephone: (510) 637-3500

5    Counsel for Defendant GONZALEZ

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
     UNITED STATES OF AMERICA,        )    No. CR-07-00681-CW
11                                     )
                     Plaintiff,        )
12                                     )
     vs.                               )    NOTICE OF SUBSTITUTION OF
13                                     )    ATTORNEY
     PORFIRIO HUMBERTO GONZALEZ,       )
14                                     )
                     Defendant.        )
15   _____)

16          The Federal Public Defender was previously appointed as counsel for defendant in the

17   above captioned case pending before the Court.  Pursuant to Criminal Local Rule 44-2 (a),

18   undersigned counsel, Assistant Federal Public Defender Angela Hansen, enters her general

19   appearance for defendant in place of Assistant Federal Public Defender John Paul Reichmuth.

20   Counsel's contact information is listed above.

21
     Dated: April 18, 2008
22                                          Respectfully submitted,

23                                          BARRY J. PORTMAN
                                            Federal Public Defender
24
                                                 /S/
25
                                            ANGELA HANSEN
26                                          Assistant Federal Public Defender

Notice of Substitution of Attorney          1