| | |
|---|---|
| 1 | |
| 2 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | |
| 5 | DANIEL R. KALEBA (CABN 223789)<br>Assistant United States Attorney |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612 |
| 7 | Telephone: (510) 637-3680<br>Facsimile: (510) 637-3724 |
| 8 | E-Mail: daniel.kaleba@usdoj.gov |
| 9 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0681 CW | |
| Plaintiff, | ) | UNITED STATES' SENTENCING MEMORANDUM FOR DEFENDANT PORFIRIO HUMBERTO GONZALEZ | |
| v. | ) | | |
| PORFIRIO HUMBERTO GONZALEZ, | ) | Sentencing Date: June 11, 2008<br>Sentencing Time: 2:00 p.m. | |
| Defendant. | ) | | |

In accordance with the March 16, 2008, Rule 11(c)(1)(C) Plea Agreement, the United States respectfully requests this Court sentence the defendant to a sentence of imprisonment of 46 months, at the low end of the Guidelines range for adjusted offense level 21 and the applicable criminal history category III, impose a three-year term of supervised release, and order the defendant to pay a $100 special assessment.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: June 2, 2008

/s/
DANIEL R. KALEBA
Assistant United States Attorney

SENTENCING MEMORANDUM