BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  PORFIRIO HUMBERTO GONZALEZ,  Defendant. | No. CR-07-0681-CW  **DEFENDANT'S SENTENCING MEMORANDUM**  Sentencing Date: June 11, 2008 |

Porfirio Gonzalez, through his attorney, Assistant Federal Public Defender Angela M. Hansen, submits this Sentencing Memorandum to request that the Court sentence Mr. Gonzalez to the agreed-upon sentence in his Federal Rule of Criminal Procedure 11(c)(1)(C) plea agreement with the government. Because Mr. Gonzalez entered into a plea locking him into a sentence at the low end of the guideline range at an offense level 21, and because probation correctly calculated his criminal history at category III, he must request that the Court sentence him to 46 months.

Dated: June 6, 2008                     Respectfully submitted,

                                        BARRY J. PORTMAN
                                        Federal Public Defender

                                         /S/
                                        ANGELA M. HANSEN
                                        Assistant Federal Public Defender