1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DANIEL R. KALEBA (CABN 223789)
   Assistant United States Attorney
5
     1301 Clay Street, Suite 340S
6    Oakland, California 94612
     Telephone: (510) 637-3680
7    Facsimile: (510) 637-3724
     E-Mail: daniel.kaleba@usdoj.gov
8
   Attorneys for the United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,       )   No.  CR 07-0681 CW
14                                 )
           Plaintiff,               )   UNITED STATES' SENTENCING
15                                 )   MEMORANDUM FOR DEFENDANT
        v.                          )   ROCKY NEVES
16                                 )
   ROCKY NEVES,                    )   Sentencing Date:   June 18, 2008
17                                 )   Sentencing Time:   2:00 p.m.
           Defendant.                )
18  _____ )

19
        In accordance with the April 9, 2008, Rule 11(c)(1)(C) Plea Agreement, the United States
20
   respectfully requests this Court sentence the defendant to a sentence of imprisonment of 18
21
   months.
22
        Additionally, in accordance to the Plea Agreement, the United States respectfully requests
23
   this Court impose a one-year term of supervised release to run consecutive to the three-year term
24
   to be served pursuant to Docket CR 03-40148-01 DLJ, Felony Accessory, and order the
25
   defendant to pay a $100 special assessment.  The United States notes that U.S. Probation
26
   recommends a two-year term of supervised release to run concurrent with the supervised release
27
   term for the Felony Accessory matter.  A consecutive term of supervised release is appropriate in
28

   SENTENCING MEMORANDUM

1  this instance because the defendant's escape constitutes a separate criminal offense, and the
2  factors set forth in 18 U.S.C. § 3553(a) strongly weigh in favor of a consecutive term. 18 U.S.C.
3  § 3583(c). In particular, the defendant's serious 37-year criminal history, and admitted chronic
4  abuse of controlled substances over the past 44 years, heightens the concern for the defendant's
5  potential recidivism upon release from custody and the need to protect the public from further
6  crimes by the defendant (18 U.S.C. § 3553(a)(2)(C)), as well as to provide the defendant with
7  needed educational or vocational training, medical care, or other correctional treatment in the
8  most effective manner (18 U.S.C. § 3553(a)(2)(D)).

                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney

Dated: June 11, 2008                        /s/
                                    DANIEL R. KALEBA
                                    Assistant United States Attorney

SENTENCING MEMORANDUM          2