UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Diane Skillman
**Date:** 6/11/08

FILED
JUN 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**Plaintiff:** United States

**v.**                                     **No.** CR-07-00681 CW

**Defendant:** Porfirio Humberto Gonzalez (present - in custody
                                            interpreter used)

**Appearances for Plaintiff:**
Doug Sprague

**Appearances for Defendant:**
Angela Hansen

**Interpreter:**
Carol Glasser (Spanish)

**Probation Officer:**
Sara Black

**Speedy Trial Date:**

Hearing: Sentencing

**Notes:** Defendant and counsel have read PSR (translated for defendant). All parties agree on Offense Level, Criminal History and Guideline Range. Court follows PSR and finds Offense Level 21, Criminal History III, leading to a Guideline Range of 46-57 months. Court sentences the defendant to low end of 46 months custody of AG, to be followed by 3 years supervised release under the usual terms and conditions and the special conditions as set forth in the PSR. No fine imposed due to lack of ability to pay a fine. Defendant to pay $100 special assessment due immediately, but may be paid through the defendant's participation in the BOP Inmate Financial Responsibility Program at the rate of $25 per quarter. Any remaining counts are dismissed. Defendant remanded to custody of U.S. Marshal. See J&C for details.

Copies to: Chambers